IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00638–EWN–CBS

GRAYMORE, LLC, a Colorado limited
liability company,

      Plaintiff,

v.

CHESTER GRAY,

      Defendant.

---

**ORDER DENYING SECOND MOTION FOR TEMPORARY RESTRAINING ORDER**

---

This matter is again before the court on a SECOND motion for an *ex parte* temporary restraining order. The motion discloses little information which, in the exercise of due diligence, would have been unavailable at the time the FIRST motion was filed. The court declines to allow a second bite at the apple at this time.

Dated this 10th of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge