IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00638-EWN-CBS

GRAYMORE, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

CHESTER GRAY,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Corrected Pages to the Combined Motion for Entry of Default and Default Judgment and to the Proposed Order (*doc. no. 20)* is **GRANTED**.

      IT IS FURTHER ORDERED THAT Plaintiff's Motion to Permit Witnesses to Participate in the Evidentiary Hearing of August 29, 2006 Via Telephone (*doc. no. 21)* is **GRANTED**.  In the event that testimony from these witnesses is necessary, counsel for the Plaintiff is responsible for coordinating all logistical and technological information so they can be reached, as needed, during the hearing.

**DATED:**      August 9, 2006