IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00638–EWN–CBS

GRAYMORE, LLC, a Colorado limited
liability company,

    Plaintiff,

v.

CHESTER GRAY,

    Defendant.

## ORDER

This matter is before the court on a motion and revised motion to refer Defendant's motion to dismiss to the magistrate judge (##37, 38).  While the court understands Plaintiff's concern and logic, there is an error in the major premise — that the referral would expedite the litigation.  The applicable statute, 28 U.S.C. s 636(b)(1)(B), limits the authority of a magistrate judge in matters such as motions to dismiss.  For such motions, the magistrate judge has the authority "to conduct hearings . . . and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court' of such a motion."  The same statute also provides that the district judge's review of any objections to the recommendation is to be *de novo.  Id.*

The practical effect of all this is that the district court must review everything *de novo* anyway, assuming that the losing party objects to any recommendation. No resources are saved, and no expedition is achieved. Indeed, the process is inefficient, because two judicial officers must look at the problem. Accordingly, it is

ORDERED that the referenced motions be DENIED.

Dated this 2nd of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge